7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

***In Re:*** Shannon Douglas Eugene Wiley and Melissa Anne Wiley
***Debtor***

***Bankruptcy Case No.***
13–50713–can7

**Bruce E. Strauss**
   Plaintiff(s)

***Adversary Case No.***
14–05008–can

v.

**Dennis Peregrine**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Wherefore it is ORDERED that the Plaintiff/Trustees Motion for Default Judgment is granted and Plaintiff/Trustee Bruce E. Strauss is awarded judgment in the amount of $1,719.00 together with the adversary filing fee of $293.00 for a total of $2,012.00, along with statutory interest pursuant to 11 U.S.C. §1961.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
   Deputy Clerk

Date of issuance: 7/2/14

Court to serve